UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE SWARCE<br>46 Paradise Lane<br>Halifax, MA 02338<br><br>        Plaintiff,<br><br>        v.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporation Center<br>Indianapolis, IN 46285<br>    w/s/o NATIONAL REGISTERED<br>    AGENTS, INC.<br>    1090 Vermont Avenue, N.W., Suite 910<br>    Washington, DC 20005<br><br>        and<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P.O. Box 4500<br>Princeton, NJ 08543<br>    w/s/o CT CORPORATION<br>    1025 Vermont Avenue, N.W.<br>    Washington, DC 20005<br><br>        and<br><br>PHARMACIA and UPJOHN COMPANY<br>(aka THE UPJOHN COMPANY)<br>100 Route 206 North<br>Peapack, NJ 07977<br>    w/s/o CT CORPORATION<br>    1025 Vermont Avenue, N.W.<br>    Washington, DC 20005<br><br>        and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUG COMPANY, INC.<br>14901 South Orange Blossom Trail<br>Orlando, FL 32837<br><br>        and | CIVIL ACTION No. _____ |

- 2 -

| |
|---|
| GLAXOSMITHKLINE, INC.,<br>A successor to S.E. Massengill<br>1500 K Street, NW<br>Washington, DC 20036<br><br>and<br><br>PREMO PHARMACEUTICAL<br>LABORATORIES, INC.,<br>　　w/s/o Corporation Trust Co.<br>　　820 Bear Tavern Road<br>　　West Trenton, NJ  08628<br><br>and<br><br>LANNETT COMPANY, INC.,<br>c/o Samuel Gratz, CEO<br>9000 State Road<br>Philadelphia, PA  19136<br><br>and<br><br>WYETH<br>5 Giraldi Farms<br>Madison, NJ  07940<br><br>　　　　　　　　　Defendants. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, defendant Eli Lilly and Company ("Lilly") files this Notice of Removal and states:

1.　　On February 11, 2004, Plaintiff Suzanne Swarce commenced an action against Defendants in the Superior Court for the District of Columbia, Civil Division, as Civil Action No. 04-0001095 (the "Superior Court action"), by filing a Complaint for Damages.  The United States District Court for the District of Columbia is the district embracing the place where this action is pending.  True copies of all process, pleadings, and orders served on or in the possession of Lilly as of the morning of March 15, 2004 are attached hereto as Exhibit A.

2.　　Defendant Eli Lilly and Company received service of process on February 13, 2004.  Upon information and belief, Defendant Bristol-Myers Squibb Company received service

of process on March 10, 2004. Upon information and belief Pharmacia and Upjohn Company received service of process on March 10, 2004. Upon information and belief, Defendant Dart Industries, Inc. received service of process on or about February 13, 2004. Upon information and belief, Defendant GlaxoSmithKline (successor to S.E. Massengill) received service of process on February 19, 2004. Upon information and belief, Defendant Premo Pharmaceutical Laboratories, Inc. received service of process on February 17, 2004. Upon information and belief, Defendant Lannett Company, Inc. received service of process on February 18, 2004. Upon information and belief, Defendant Wyeth received service of process on February 17, 2004.

3. This Notice of Removal is filed within thirty (30) days of the first date in which any defendant to this action was served with a summons and copy of the Complaint. Consequently, this notice is timely under 28 U.S.C. §1446(b).

4. Based on the information contained in the Complaint, plaintiff Suzanne Swarce was at the time of the commencement of this action and is at the time of filing this Notice of Removal a resident of the State of Massachusetts.

5. Defendant Eli Lilly and Company was at the time of the commencement of this action and is now at the time of filing this Notice of Removal an Indiana corporation with its principal place of business in the State of Indiana.

6. Upon information and belief, Defendant Bristol-Myers Squibb Company was at the time of the commencement of this action and is now at the time of filing this Notice of Removal a Delaware corporation with its principal place of business in the State of New York.

7. Upon information and belief, Defendant Pharmacia and Upjohn Company was at the time of the commencement of this action and is now at the time of filing this Notice of Removal a Delaware corporation with its principal place of business in the State of Florida.

8. Upon information and belief, Defendant Dart Industries, Inc. was at the time of the commencement of this action and is now at the time of filing this Notice of Removal a Delaware corporation with its principal place of business in the State of Florida.

9. Upon information and belief, Defendant GlaxoSmithKline, sued herein as GlaxoSmithKline, Inc., successor to S.E. Massengill, was at the time of the commencement of this action and is now at the time of filing this Notice of Removal a Pennsylvania corporation with a principal place of business in the State of Pennsylvania.

10. Upon information and belief, Defendant Premo Pharmaceutical Laboratories, Inc., was at the time of the commencement of this action and is now at the time of filing this Notice of Removal a New Jersey corporation with its principal place of business in the State of New Jersey.

11. Upon information and belief, Defendant Lannett Company, Inc., was at the time of the commencement of this action and is now at the time of filing this Notice of Removal a Pennsylvania corporation with its principal place of business in Pennsylvania.

12. Upon information and belief, Defendant Wyeth, was at the time of the commencement of this action and is now at the time of filing this Notice of Removal a Pennsylvania corporation with its principal place of business in Pennsylvania.

13. The plaintiff claims damages in excess of $75,000. Accordingly, the matter in controversy in the state action exceeds the sum or value of $75,000, exclusive of interest and costs.

14. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and the action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

15. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because no Defendant is a citizen of the District of Columbia.

16. All Defendants who have been served with process consent to the removal of this action. Copies of consent forms for each such Defendant are attached as Exhibit B.

Respectfully submitted,

ELI LILLY AND COMPANY

*[signature]*

Lawrence H. Martin, D.C. Bar No. 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

and

James J. Dillon
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: March 15, 2004

## CERTIFICATE OF SERVICE

I certify that on March 15, 2004, a true copy of the foregoing Notice of Removal was served by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorney for Plaintiff**

Sydney G. Leech, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202
**Attorney for Bristol-Myers Squibb Company and Pharmacia and Upjohn Company**

John Anderson, Esq.
Troutman Sanders LLP
1660 International Drive
Suite 600
Tysons Center
McLean, VA 22102
**Attorney for Dart Industries, Inc.**

Daniel Whitney, Esq.
Janet Coleman, Esq.
Whitney & Bogris LLP
401 Washington Avenue
Towson, MD 21204
**Attorneys for GlaxoSmithKline**

Aaron Handleman, Esq.
Juli Simonyi, Esq.
Eccleston and Wolf, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Christopher Garvey, Esq.
Melanie H. Muhlstock, Esq.
Goodwin Proctor LLP
599 Lexington Avenue
New York, New York 10022
**Of Counsel for Premo Pharmaceutical Laboratories Inc.**

J. Paul Mullen, Esq.
Kathleen M. Bustraan, Esq.
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
**Attorneys for Lannett Company, Inc.**

Gregory D. Winfree, Esq.
Wyeth Pharmaceuticals
500 Arcola Road
North Dock, RC-1
Collegeville, PA 19426
**Attorney for Wyeth Pharmaceuticals**

_____
Lawrence H. Martin

FHBoston/1025388.6