SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| SUZANNE SWARCE, | CIVIL ACTION No. 04-0001095 |
| Plaintiff, | Calendar #11 |
| v. | Judge Natalia Combs-Greene |
| ELI LILLY AND COMPANY, *et al*. | |
| Defendants. | |

## CONSENT TO REMOVAL

Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and

Goodell, DeVries, Leech and Dann, LLP, hereby consents to the removal of the above-captioned

case from the Superior Court of the District of Columbia to the United States District Court for

the District of Columbia.


_Sidney Leech /BH/_
Sidney G. Leech   (D.C. Bar No.: 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4000

Attorneys for Defendant, Bristol-Myers
Squibb Company

FHBoston/1026162.1

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SUZANNE SWARCE,

              Plaintiff,

    v.

ELI LILLY AND COMPANY, *et al.*

              Defendants.

CIVIL ACTION No. 04-0001095

Calendar #11

Judge Natalia Combs-Greene

## CONSENT TO REMOVAL

Pharmacia and Upjohn Company, acting through its attorneys, Sidney G. Leech and

Goodell, DeVries, Leech and Dann, LLP, hereby consents to the removal of the above-captioned

case from the Superior Court of the District of Columbia to the United States District Court for

the District of Columbia.

*Sidney Leech /BH/*
Sidney G. Leech   (D.C. Bar No.: 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4000

Attorneys for Defendant, Pharmacia and
Upjohn Company

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SUZANNE SWARCE,

                    Plaintiff,

            v.

ELI LILLY AND COMPANY, *et al*.

                    Defendants.

CIVIL ACTION No. 04-0001095

Calendar #11

Judge Natalia Combs-Greene

## <u>CONSENT TO REMOVAL</u>

Dart Industries, Inc., acting through its attorneys, John F. Anderson and Troutman

Sanders LLP, hereby consents to the removal of the above-captioned case from the Superior

Court of the District of Columbia to the United States District Court for the District of Columbia.


_John Anderson /BHl_
John F. Anderson   (D.C. Bar No.: 393764)
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102

Attorney for Defendant, Dart Industries, Inc.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SUZANNE SWARCE,

                Plaintiff,

v.

ELI LILLY AND COMPANY, *et al.*

                Defendants.

CIVIL ACTION No. 04-0001095

Calendar #11

Judge Natalia Combs-Greene

## **CONSENT TO REMOVAL**

    GlaxoSmithKline, acting through its attorneys, Daniel W. Whitney and Whitney &

Bogris, LLP, hereby consents to the removal of the above-captioned case from the Superior

Court of the District of Columbia to the United States District Court for the District of Columbia.


                            _Daniel Whitney /BH/_____
                          Daniel W. Whitney  (D.C. Bar No.: 438668)
                          Whitney & Bogris, LLP
                          401 Washington Avenue
                          Towson, Maryland  21204
                          410-583-8000

                          Attorneys GlaxoSmithKline

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SUZANNE SWARCE,

                    Plaintiff,

          v.

ELI LILLY AND COMPANY, *et al.*

                    Defendants.

CIVIL ACTION No. 04-0001095

Calendar #11

Judge Natalia Combs-Greene

## **CONSENT TO REMOVAL**

Premo Pharmaceutical Laboratories, Inc., acting through its attorneys, Juli Simonyi,

Aaron Handleman, and Eccleston & Wolf P.C., consents to the removal of the above-captioned

case from the Superior Court of the District of Columbia to the United States District Court for

the District of Columbia.

_Juli Simonyi /BH/_
Juli Z. Simonyi (Bar No.: 466921)
Aaron Handleman (Bar No.: 48728)
Eccleston & Wolf P.C.
2001 S Street N.W. #310
Washington, DC   20009

Attorneys for Defendant, Premo
Pharmaceutical Laboratories, Inc.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SUZANNE SWARCE,

               Plaintiff,

     v.

ELI LILLY AND COMPANY, *et al.*

               Defendants.

CIVIL ACTION No. 04-0001095

Calendar #11

Judge Natalia Combs-Greene

## **CONSENT TO REMOVAL**

Lannett Company, Inc., acting through its attorneys, J. Paul Mullen, Esq., and Lord &
Whip, consents to the removal of the above-captioned case from the Superior Court of the
District of Columbia to the United States District Court for the District of Columbia.

                      _J. Paul Mullen /BH /_
                     J. Paul Mullen, Esq. (Bar No.: 391825)
                     Lord & Whip
                     Charles Center South, 10th Floor
                     36 South Charles Street
                     Baltimore, MD   21201-3020

                     Attorneys for Defendant, Lannett
                     Company, Inc.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SUZANNE SWARCE,

                              Plaintiff,

              v.

ELI LILLY AND COMPANY, *et al.*

                              Defendants.

CIVIL ACTION No. 04-0001095

Calendar #11

Judge Natalia Combs-Greene

## CONSENT TO REMOVAL

Wyeth Pharmaceuticals, acting through its corporate counsel for litigation, Gregory D.

Winfree, consents to the removal of the above-captioned case from the Superior Court of the

District of Columbia to the United States District Court for the District of Columbia.

Gregory D. Winfree [Bar No.: 426475 )
Wyeth Pharmaceuticals
500 Arcola Road
North Dock, RC-1
Collegeville, Pa. 19426

Attorney for Defendant, Wyeth
Pharmaceuticals