UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SUZANNE SWARCE,<br>    Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>) | DOCKET NO: 04-CV-11493-NG |
| ELI LILLY AND COMPANY, ET AL.,<br>    Defendants | )<br>)<br>)<br>) |  |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as attorneys for the Defendant, Lannett Company, Inc., in the above-entitled case.

**MORRISON, MAHONEY & MILLER, LLP.**

/s/ *Lee Stephen MacPhee*
Lee Stephen MacPhee
BBO No. 312400

/s/ *Gareth W. Notis*
Gareth W. Notis
BBO No. 637814
250 Summer Street
Boston, MA  02210
(617) 439-7500

DATED:  July 2, 2004