UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE SWARCE,

        Plaintiff,

    v.

ELI LILLY AND COMPANY, et al.,

        Defendants.

CIVIL ACTION No. 04-11493 (NG)

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter the appearances of James J. Dillon, John M. Granberry, Paula McManus, and Ericka L. Harper of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

        Respectfully submitted,

        FOLEY HOAG LLP

        /s/ John M. Granberry
        James J. Dillon (BBO # 124660)
        John M. Granberry (BBO# 647046)
        Paula McManus (BBO# 648029)
        Ericka L. Harper (BBO# 652511)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02111-2600
        (617) 832-1000

Dated: July 8, 2004

FHBoston/1079518.1