UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUZANNE SWARCE

    Plaintiffs

v.     CA. No. 1:04-cv-11493-NG

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

COME NOW Kenneth M. Levine and Sheila Mone of the firm of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and file their appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 15th day of July, 2004

_____
Kenneth M. Levine, BBO#296850
Sheila Mone BBO#634615
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED: July 15, 2004

### Certificate of Service

I, Kenneth M. Levine, so state that on this 15th day of July 2004, I did serve the above document upon counsel for the Defendant via first class mail.

_____
Kenneth M. Levine