UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE SWARCE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY, *et al*,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　CIVIL ACTION<br>)　NO.  1:04-CV-11493-NG<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of William A. McCormack and Mary B. Murrane of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

**Wyeth,**

By its attorneys,

　/s/ Mary B. Murrane
William A. McCormack, BBO #329580
Mary B. Murrane, BBO #644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: August 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by U.S. Mail on August 20, 2004.

　/s/ Mary B. Murrane
Mary B. Murrane