UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  | ) |  |
|---|---|---|
| SUZANNE SWARCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.  1:04-CV-11493-NG |
| | ) | |
| ELI LILLY AND COMPANY, *et al*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

        Please enter the appearance of William A. McCormack of Bingham McCutchen LLP as

counsel for defendant Wyeth, in the above-captioned civil action.

                    **Wyeth,**

                    By its attorneys,


                      /s/ William A. McCormack
                    Francis H. Fox, BBO #176440
                    William A. McCormack, BBO #329580
                    Mary B. Murrane, BBO #644448
                    **BINGHAM MCCUTCHEN LLP**
                    150 Federal Street
                    Boston, MA  02110-1726
                    (617) 951-8000

Dated: August 23, 2004


CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the above document was served upon counsel of

record by U.S. Mail on August 23, 2004.


                      /s/ Mary B. Murrane
                    Mary B. Murrane