UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE,<br><br>      Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, *et al*,<br><br>      Defendant. | CIVIL ACTION<br>NO. 1:04-CV-11493-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Francis H. Fox of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

          **Wyeth,**

          By its attorneys,

          /s/ Francis H. Fox
          Francis H. Fox, BBO #176440
          William A. McCormack, BBO #329580
          Mary B. Murrane, BBO #644448
          **BINGHAM MCCUTCHEN LLP**
          150 Federal Street
          Boston, MA 02110-1726
          (617) 951-8000

Dated: August 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by U.S. Mail on August 23, 2004.

          /s/ Mary B. Murrane
          Mary B. Murrane