UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 1:04-cv-11493-NG

SUZANNE SWARCE,
    Plaintiff
v.
ELI LILLY AND COMPANY,
BRISTOL-MYERS SQUIBB COMPANY,
 a successor of E.R. SQUIBB & SONS,
 INC.,
PHARMACIA and UPJOHN COMPANY,
 (a/k/a/ THE UPJOHN COMPANY),
DART INDUSTRIES, INC., a successor
  to REXALL DRUG COMPANY, INC.,
GLAXOSMITHKLINE, INC., a successor
  to S. E. MASSENGILL,
PREMO PHARMACEUTICAL
  LABORATORIES, INC.,
and
WYETH,
    Defendants

NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

Please enter my appearance, effective immediately, on behalf of the Defendant Glaxosmithkline, Inc. in the above matter.

_____
Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street

Boston   MA   02108
(617)   523-2990
BBO # 109180