UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 1:04-cv-11493-NG

| |
|---|
| SUZANNE SWARCE,<br>    Plaintiff<br>v.<br>ELI LILLY AND COMPANY,<br>BRISTOL-MYERS SQUIBB COMPANY,<br> a successor of E.R. SQUIBB & SONS,<br> INC.,<br>PHARMACIA and UPJOHN COMPANY,<br> (a/k/a/ THE UPJOHN COMPANY),<br>DART INDUSTRIES, INC., a successor<br>  to REXALL DRUG COMPANY, INC.,<br>GLAXOSMITHKLINE, INC., a successor<br>  to S. E. MASSENGILL,<br>PREMO PHARMACEUTICAL<br>  LABORATORIES, INC.,<br>and<br>WYETH,<br>    Defendants |

NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

Please enter my appearance, effective immediately, on behalf of the Defendant Glaxosmithkline, Inc. in the above matter.

/s/ Robert A. Curley, Jr.
Robert A. Curley, Jr., Esq.
CURLEY & CURLEY P.C.
27 School Street

Boston   MA   02108
(617)   523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

John F. Anderson, Esq.
Troutman Sanders, LLP
1600 International Drive, Suite 600
McLean   VA   22102

Kathleen M. Bustraan, Esq.
J. Paul Mullen, Esq.
Lord & Whip, P.A.
36 South Charles Street, 10th fl
Baltimore   MD   21201

Janet K. Coleman, Esq.
Daniel W. Whitney, Esq.
Whitney & Bogris, LLP
401 Washington Ave., 12th fl
Towson   MD   21204

Aaron L. Handleman, Esq.
Juli Zsuzsa Simonyi, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W., Suite 310
Washington   DC   20009

F. Lane Heard, Esq.
Williams & Connelly, LLP
725 12th Street, N.W.
Washington   DC   20005

Sidney G. Leech, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore   MD   21202

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Steven Jay Lewis, Esq.
Aaron M. Levine & Associates
1320 19th Street, Suite 500
Washington   DC   20036

Lawrence Hedrick Martin, Esq.
Foley Hoag LLP
1875 K Street, N.W., Suite 800
Washington   DC   20006

Julie M. Wade, Esq.
Goodwin Procter, LLP
Exchange Place
Boston   MA   02109

Dated:_____

/s/ Robert A. Curley, Jr._____
Robert A. Curley, Jr., Esq.

CURLEY & CURLEY P.C.
27 School Street
Boston    MA    02108
(617) 523-2990
BBO # 109180