UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE SWARCE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, DART INDUSTRIES, GLAXOSMITHKLINE, INC., PREMO PHARMACEUTICAL LABORATORIES, INC., LANETT COMPANY, INC., and WYETH, | § § § § § § § § § | No. 1:04-cv-11493-NG |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

F. Lane Heard, III and the law firm of Williams & Connolly LLP withdraw their appearance in the above-captioned matter. William A. McCormack, Francis H. Fox, and Mary B. Murrane of Bingham McCutchen LLP have entered an appearance as successor counsel for Wyeth.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
F. Lane Heard, III (DC Bar No. 291724)

725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000

DATED: September 17, 2004.

LITDOCS/558325.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Withdrawal of Appearance was served by U.S. Mail this date, September 17, 2004, to the following:

John F. Anderson, Esq.
Troutman Sanders, LLP
1600 International Drive, Ste. 600
McLean, VA 22102

Janet Coleman, Esq.
Daniel W. Whitney, Esq.
Whitney & Bogris, LLP
401 Washington Ave., 12th Fl.
Towson, MD 21204

Aaron L. Handleman, Esq.
Juli Zsuzsa Simonyi, Esq.
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Ste. 310
Washington, DC 20009

Sidney G. Leech, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street, Ste. 2000
Baltimore, MD 21202

Lawrence Hedrick Martin, Esq.
Foley Hoag LLP
1875 K Street, N.W., Ste. 800
Washington, DC 20006

Kathleen M. Bustraan, Esq.
J. Paul Mullen, Esq.
Lord & Whip, P.A.
36 South Charles Street, 10th Fl.
Baltimore, MD 21201

Robert A. Curley, Jr., Esq.
Curley & Curley P.C.
27 School Street
Boston, MA 02108

F. Lane Heard, Esq.
Willis Sautter, Esq.
Williams & Connelly, LLP
725 12th Street, N.W.
Washington, DC 20005

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Steven Jay Lewis, Esq.
Aaron M. Levine & Associates
1320 19th Street, Ste. 500
Washington, DC 20036

Julie M. Wade, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

_____
F. Lane Heard, III