UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE,<br>Plaintiff<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br>Defendants | DOCKET NO: 04-CV-11493-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Mr. Clerk:

Please be advised that the Plaintiff in the above-captioned case, acting through her counsel, Aaron M. Levine, and one of the Defendants, Lannett Company, Inc., acting through its attorneys, Morrison Mahoney LLP, have reached a settlement agreement in the above-captioned case. These parties agree to the dismissal "With Prejudice" of the above-captioned case as to the Defendant, Lannett Company, Inc. only.

| Attorney for the Plaintiff,<br>Suzanne Swarce, | Attorney for the Defendant,<br>Lannett Company, Inc. |
|---|---|
| **AARON M. LEVINE & ASSOCIATES, P.A.** | **MORRISON MAHONEY LLP.** |
| *[signature]*<br>Aaron M. Levine<br>D.C Bar No.: 7864<br>1320 19th Street, N.W., 5th Floor<br>Washington, DC 20036<br>202-833-8040 | *[signature]*<br>Lee Stephen MacPhee<br>BBO No. 312400<br><br>*[signature]*<br>Gareth W. Notis<br>BBO No. 637814<br>250 Summer Street<br>Boston, MA 02210<br>617-439-7500 |