IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>        Defendants. | )<br>)<br>)  Civil Action No. 1:04cv11493-NG/JLA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## FOR DEFENDANT DART INDUSTRIES, INC.

Please be advised that the Plaintiff in the above-captioned case, acting through her counsel as shown below, has reached a settlement agreement of all claims asserted against defendant Dart Industries, Inc. Accordingly, Plaintiff requests that all claims asserted against Dart Industries, Inc. only be dismissed with prejudice with each side to bear their own costs and expenses.

| Attorney for the Plaintiff,<br>Suzanne Swarce, | Attorney for the Defendant,<br>Dart Industries, Inc., |
|---|---|
| **KENNETH M. LEVINE & ASSOC.** | **TROUTMAN SANDERS, LLP** |
| _____<br>Kenneth M. Levine, BBO#296850<br>370 Washington Street<br>Brookline, MA 02446<br>617-566-2700 | _____<br>John F. Anderson, D.C. Bar #393764<br>1660 International Drive<br>Suite 600, Tysons Corner<br>McLean, VA 22102<br>(703) 734-4334 |

Dated: December 6, 2004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2004, a copy of the foregoing Stipulation of Dismissal with Prejudice for Defendant Dart Industries, Inc. was mailed via First-class mail, postage prepaid, to:

James J. Dillon, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210
**Counsel for Defendant Eli Lilly & Company**

Elizabeth Ewert, Esq.
Drinker, Biddle & Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
**Counsel for Defendant Pharmacia & Upjohn Co.**

John F. Anderson, Esq.
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA 22102
**Counsel for Defendant Dart Industries, Inc.**

Robert A. Curley, Esq.
Curley & Curley, P.C.
27 School Street
Boston, MA 02108
**Counsel for Defendant GlaxoSmithKline, Inc.**

Julie M. Wade, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109
**Counsel for Defendant Premo Pharmaceutical Labs., Inc**

Mary B. Murrane, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726
**Counsel for Defendant Wyeth**

_____
Aaron M. Levine