IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 04cv11493 (NG/JLA) |
| ] | Next Event: Scheduling Conference on |
| ELI LILLY AND COMPANY, et al., ] | January 31, 2005 at 3:30 p.m. |
| ] | |
| Defendants. ] | |

**[PROPOSED] SCHEDULING ORDER**

The parties suggest the following schedule:

May 2, 2005:	Deadline for serving Discovery Requests.

June 1, 2005:	Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

July 1, 2005:	Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

August 31, 2005:	All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

September 30, 2005:	Deadline for Filing Dispositive Motions.

November 2005:	Pre-Trial Conference.


DATED: _____	_____
	JOYCE LONDON ALEXANDER
	United States Magistrate Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNETH M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
|  |  |
| /s/ Kenneth M. Levine | /s/ Brian L. Henninger |
| KENNETH M. LEVINE, BBO#296850 | JAMES J. DILLON, BBO#124660 |
| 370 Washington Street | BRIAN L. HENNINGER, BBO#657926 |
| Brookline, MA   02445 | 155 Seaport Boulevard |
| 617-566-2700 | Boston, MA   02210-2600 |
|  | 617-832-1000 |
| and |  |
|  | Attorneys for Eli Lilly and Company |
| Aaron M. Levine | LAREDO & SMITH LLP |
| AARON M. LEVINE & ASSOCIATES |  |
| 1320 19th Street, N.W. |  |
| Suite 500 |  |
| Washington, DC   20036 | /s/ Marc C. Laredo (by permission-rm) |
| 202-833-8040 | MARC C. LAREDO, BBO#543973 |
|  | LISA COONEY, BBO#636631 |
| Attorneys for Plaintiff | 15 Broad Street, Suite 600 |
|  | Boston, MA   02109 |
|  | 617-367-7984 |
|  |  |
|  | Attorneys for Defendant Pharmacia & Upjohn Company |
|  |  |
|  | CURLEY & CURLEY P.C. |
|  |  |
|  | /s/ Robert A. Curley, Jr. (by permission-rm) |
|  | ROBERT A. CURLEY, JR., BBO#109180 |
|  | 27 School Street |
|  | Boston, MA   02108 |
|  | 617-523-2990 |
|  |  |
|  | Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline |

GOODWIN PROCTER LLP


 /s/ Julie M. Wade (by permission-rm)
JULIE M. WADE, BBO#653902
Exchange Place
Boston, MA   02109-2881
617-570-1000

Attorneys for Defendant Premo
       Pharmaceuticals, Inc.


Dated: January 21, 2005