IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE SWARCE,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

Civil Action No.: 04cv11493 (NG/JLA)
Next Event: Scheduling Conference on
January 31, 2005 at 3:30 p.m.

## LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned party to this action, and her Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a. they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff
By her Attorneys,

_____
SUZANNE SWARCE

_____
Kenneth M. Levine, BBO#296850
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02445
617-566-2700