UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>        Defendants. | CIVIL ACTION No. 04-11493 (NG) |

**DEFENDANT ELI LILLY AND COMPANY'S
LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), defendant Eli Lilly and Company and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|  |  ELI LILLY AND COMPANY, |
|---|---|
| By its attorneys: | By: |
| *James J. Dillon /BH/* | *Michael Harrington* |
| James J. Dillon (BBO # 124660) | Michael Harrington |
| Brian L. Henninger (BBO # 657926) | Associate General Counsel |
| FOLEY HOAG LLP | ELI LILLY AND COMPANY |
| 155 Seaport Boulevard | Lilly Corporate Center |
| Boston, MA 02111-2600 | Indianapolis, IN 46285 |
| Dated: 1/24, 2005 | Dated: 1/18, 2005 |

FHBOSTON/1155317.1