UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE SWARCE, | ) | |
|           Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 04-11493-NG |
| ELI LILLY AND COMPANY, et al., | ) | |
|           Defendants. | ) | |

## DEFENDANT PHARMACIA & UPJOHN COMPANY'S
## L.R. 16.1 (D)(3) CERTIFICATION

Pursuant to Local Rule 16.1 (D)(3) of the United States District Court for the District of Massachusetts, Defendant Pharmacia & Upjohn Company LLC *formerly known as* The Upjohn Company certifies that it has conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

PHARMACIA & UPJOHN COMPANY LLC

*/s/ Malini Moorthy*
Malini Moorthy, Esq.

PHARMACIA & UPJOHN COMPANY LLC

By their attorneys,

*/s/ Marc C. Laredo*
Marc C. Laredo, BBO#543973
Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984 (telephone)
(617) 367-6475 (facsimile)

dated: January 21, 2005