UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>    Defendants. | Civil Action No.04-CV-11493-NG |

## Local Rule 16.1(D)(3) Certification

Counsel for Premo Pharmaceutical Laboratories certifies that she has conferred with her client with a view to establishing a budget for the costs of conducting full course – and various alternative courses – of litigation and to consider the use of alternative dispute resolution programs.

_____
Julie M. Wade

Dated: January 24, 2005

LIBA/1447320.1