UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE SWARCE | * | |
| Plaintiff | * | Civil Action No. 04-CV-11493-NG |
| v. | * | |
| ELI LILLY AND COMPANY, et. al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### Local Rule 16.1 (d)(3) Certification

The undersigned representative of SmithKline Beecham Corporation d/b/a GlaxoSmithKline (GSK), sued herein as "GlaxoSmithKline, Inc., successor to S. E. Massengill, Inc." and counsel for GSK hereby certify that GSK has conferred with counsel:

(a)  with a view to establishing a budget for the costs of conducting the full course - and various courses - of the litigation; and

(b)  to consider the resolution of this matter through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully Submitted:

Of Counsel:

_____
Daniel W. Whitney (Bar No.: 438668)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Twelfth Floor
401 Washington Avenue
Towson, Maryland 21204

**Attorneys for GLAXOSMITHKLINE**

_____
James K. Grasty, Esquire
Vice President and Associate
    General Counsel
GlaxoSmithKline
Law Department
200 North 16th Street
Mailcode: FP2225, P. O. 7929
Philadelphia, PA 19102

2

_____
Robert A. Curley, Jr., BBO#109180
27 School Street
Boston, MA 02108
**Attorneys for GLAXOSMITHKLINE**