# LAREDO SMITH, L.L.P

January 28, 2005

**BY FACSIMILE – 617-748-4584**

Mr. Rex Brown
Courtroom Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

      RE:    *Suzanne Swarce v. Eli Lilly et al.*, Civil Action No. 1:04-CV-11493-NG

Dear Mr. Brown:

      Counsel for Plaintiff Suzanne Swarce and for Defendant Pharmacia and Upjohn Company *f/k/a* The Upjohn Company ("Upjohn") have reached a confidential settlement in the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety with respect to Defendant Upjohn. The settlement papers and Stipulation of and Motion for Dismissal are presently being prepared.

      Accordingly, Defendant Upjohn respectfully requests to be excused from appearing at the Scheduling Conference before Magistrate Judge Joyce London Alexander set for Monday, January 31, 2005 at 3:30 p.m.

      Please do not hesitate to contact the undersigned if there are questions.

      Respectfully Submitted by:

_____
Kenneth M. Levine, Esq.(BBO#296850)
Law Offices of Kenneth Levine
370 Washington Street
MA 02446
(617) 566-6144
*Attorney for Plaintiff Suzanne Swarce*

_____
Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 Nineteen Street N.W., 5th Floor
Washington, DC 20036
(202) 833-8046
*Attorney for Plaintiff Suzanne Swarce*

_____
Marc C. Laredo, Esq.(BBO#543973)
Lisa Cooney, Esq. (BBO#636631)
Laredo & Smith, LLP Brookline,
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984
*Attorneys for Defendant Pharmacia and Upjohn Company*

cc:     Lawrence Martin, Esq.
        Brian Henniger, Esq.
        John Gransky, Esq.
        Sidney Leech, Esq.
        John Anderson, Esq.
        Janet Coleman, Esq.
        Daniel W. Whitney, Esq.
        Robert A. Curley, Esq.
        Aaron Handleman, Esq.
        Julie M. Wade, Esq.
        Kathleen Bustraan, Esq.
        Lee S. MacPhee, Esq.
        F. Lane Heard, III, Esq.
        Francis H. Fox, Esq.
        Mary B. Murrane, Esq.
        William A. McCormack, Esq.
        Stephanie A. Albert, Esq.

NS

| | | |
|---|---|---|
| **LAREDO & SMITH, LLP**<br>*Attorneys At Law* | 15 Broad Street<br>Suite 600<br>Boston, MA 02109 | Telephone (617) 367-7984<br>Facsimile (617) 367-6475 |

# FAX

TO:

Mr. Rex Brown

COMPANY:

TELEPHONE:

RE:

FROM:

Lisa Cooney Esq.

DATE:

January 28, 2005

FACSIMILE:

617-748-4584

PAGES INCLUDING COVER:
3

☐Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

NOTES/COMMENTS:

**CONFIDENTIALITY AGREEMENT**

The documents accompanying this facsimile contain information from the law firm of Laredo & Smith, LLP which may be confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this Firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.