UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE,<br><br>               Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al,*<br><br>               Defendant. | CIVIL ACTION<br>NO. 1:04-CV-11493-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Local Rule 41.1, plaintiff Suzanne Swarce, hereby dismisses the above-referenced action as to defendant Wyeth with prejudice and without costs to any party. All rights of appeal are hereby waived.

| **Plaintiff Suzanne Swarce,** | **Defendant Wyeth,** |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Kenneth M. Levine | /s/ Mary B. Murrane |
| Kenneth M. Levine, BBO #296850<br>Sheila Mone, BBO #634615<br>**LAW OFFICE OF KENNETH LEVINE**<br>370 Washington Street<br>Brookline, MA 02445<br>(617) 566-2700<br><br>Aaron M. Levine, Esq.<br>Steven J. Lewis, Esq.<br>**AARON LEVINE & ASSOCIATES**<br>1320 Nineteen Street, N.W., Fifth Floor<br>Washington, D.C. 20036<br>(202) 833-8046<br><br>Dated: 1/24/05 | Francis H. Fox, BBO #176440<br>William A. McCormack, BBO #329580<br>Mary B. Murrane, BBO #644448<br>**BINGHAM McCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000<br><br>Dated: 1/31/05 |

LITDOCS/583201.1

**Defendant Bristol-Myers Squibb Company,**

By its attorneys,


/s/ Sidney G. Leech
---
Sidney G. Leech, Esq.
**GOODELL, DEVRIES, LEECH & DANN, LLP**
Suite 2000
One South Street
Baltimore, MD 21202
(410) 783-4017


Dated:  1/28/05




**Defendant Pharmacia and Upjohn Company,**

By its attorneys,


/s/ Sidney G. Leech
---
Sidney G. Leech, Esq.
**GOODELL, DEVRIES, LEECH & DANN, LLP**
Suite 2000
One South Street
Baltimore, MD 21202
(410) 783-4017


Dated:  1/28/05

**Defendant Eli Lilly and Company,**

By its attorneys,

/s/ Brian L. Henniger
John M. Gransky, BBO #647086
Brian L. Henniger, BBO #657926
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Lawrence Hendrick Martin, Esq.
**FOLEY HOAG LLP**
1875 K. Street, NW
Suite 800
Washington, D.C. 20006
(202) 223-1200

Dated: 1/31/05

**Defendant Glaxosmithkline, Inc.,**

By its attorneys,


/s/ Robert A. Curley, Jr.
Robert A. Curley, Jr., BBO #109180
**CURLEY & CURLEY P.C.**
27 School Street, 6th Floor
Boston, MA 02108
(617) 523-2990

Janet K. Coleman, Esq.
Daniel W. Whitney, Esq.
**WHITNEY & BOGRIS**
Twelfth Floor
401 Washington Avenue
Towson, MD 21204
(410) 583-8000

Dated:  1/28/05

**Defendant Premo Pharmaceutical Laboratories, Inc.,**

By its attorneys,


/s/ Julie M. Wade
Julie M. Wade, BBO #653092
**GOODWIN PROCTER, LLP**
Exchange Place
Boston, MA 02109
(617)570-8342

Aaron L. Handleman, Esq.
Juli Zsuzsa Simonyi, Esq.
**ECCLESTON & WOLF, P.C.**
Suite 310
2001 S Street, N.W.
Washington, D.C. 20009
(202) 857-1696

Dated: 1/27/05


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by U.S. Mail on January 31, 2005.


                                                          Mary B. Murrane

LITDOCS/583201.1