UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:04-CV-11493-NG |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Suzanne Swarce, and Defendant, Pharmacia & Upjohn Company f/k/a The Upjohn Company ("Upjohn") have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn only. Further, Plaintiff and Defendant Upjohn have agreed that Plaintiff and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By:/s/ Kenneth M. Levine
   Kenneth M. Levine, Esq. BBO#296850
   370 Washington Street
   Brookline, MA 02446
   (617) 566-2700
   *Counsel for Plaintiff*

By:/s/ Marc C. Laredo
   Marc C. Laredo, Esq.(BBO#543973)
   Laredo & Smith, LLP
   15 Broad Street, Suite 600
   Boston, MA 02109
   (617) 367-7984
   *Counsel for Defendant Pharmacia &*
   *Upjohn Company f/k/a The Upjohn*
   *Company*

February 10, 2005

## **CERTIFICATE OF SERVICE**

I, Marc C. Laredo, hereby certify that a true and correct copy of the foregoing Stipulation of and Motion for Dismissal with Prejudice was sent first-class mail, postage prepaid, on this 10th day of February, 2005 to the following attorneys who are not listed as receiving this service electronically:

John F. Anderson
Troutman Sanders LLP, Suite 600
1660 International Drive
McLean, VA 22102

Kathleen M. Bustraan
Lord & Whip, P.A.
36 South Charles Street, 10th Floor
Baltimore, MD 21201

Janet K. Coleman
Whitney & Bogris
401 Washington Avenue, 12th Floor
Towson, MD  21204

Aaron L. Handleman
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Brandon J. Levine
Aaron M. Levine & Associates
1320 19th Street, NW, Suite 500
Washington, DC 20036

Steven Jay Lewis
Aaron M. Levine & Associates
1320 19th Street, Suite 500
Washington, DC 20036

DC\523790\1

Lawrence Hedrick Martin
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, DC 20006

J Paul Mullen
Lord & Whip, P.A.
36 South Charles Street
Baltimore, MD 21201

Juli Zsuzsa Simonyi
Eccleston & Wolf, P.C.
2001 S. Street, NW, Suite 310
Washington, DC 20009-1125

Daniel W. Whitney
Whitney & Bogris
401 Washington Avenue, Twelfth Floor
Towson, MD 21204

                 By:/s/ Marc C. Laredo
                   Marc C. Laredo, Esq.(BBO#543973)
                   Laredo & Smith, LLP
                   15 Broad Street, Suite 600
                   Boston, MA 02109
                   (617) 367-7984
                   *Counsel for Defendant Pharmacia & Upjohn Company f/k/a The Upjohn Company*

February 10, 2005