UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE SWARCE,

Plaintiff,

v.

ELI LILLY AND COMPANY, ET AL.,

Defendants.

Civil Action No.04-CV-11493-NG

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearances of **Aaron Handleman, Esq.** and **Justin Flint, Esq.** as attorneys for the Defendant, Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

Julie M. Wade (653902)
Jodi B. Buske (657990)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Aaron Handleman, Esq.
Justin Flint, Esq.
ECCLESTON AND WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696

Dated: February 24, 2005
LIBA/1470774.1