UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE,<br><br>          Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>          Defendants. | CIVIL ACTION No. 04-11493 (NG) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Suzanne Swarce and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice as to Lilly only.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

| | |
|---|---|
| SUZANNE SWARCE,<br>By her attorneys, | ELI LILLY AND COMPANY,<br>By its attorneys, |
| /s/ Sheila Mone (by permission)<br>Sheila Mone (BBO # 634615)<br>Kenneth Levine & Associates<br>370 Washington Street<br>Brookline, MA 02445<br>617-566-2700 | /s/ Brian L. Henninger<br>James J. Dillon (BBO # 124660)<br>Brian L. Henninger (BBO # 657926)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>617-832-1000 |

Dated: May 17, 2005

B3036291.2