UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUZANNE SWARCE,

    Plaintiff,

v.

ELI LILLY AND COMPANY, ET AL.,

    Defendants.

Civil Action No. 04-CV-11493-NG

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PREMO PHARMACEUTICAL LABORATORIES INC.**

The parties, Plaintiff, Suzanne Swarce, through her undersigned counsel, Aaron M. Levine of Aaron M. Levine, Esquire & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Jodi B. Buske, Esquire of Goodwin Procter LLP, and pursuant to the Fed. R. Civ. P. 41, hereby stipulate and agree that the Complaint and this entire case be Dismissed with Prejudice as to Premo Pharmaceutical Laboratories, Inc.

Respectfully Submitted,

_____
Aaron M. Levine, Esq. (#7864)
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washinton, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiff*
*Suzanne Swarce*

_____
Julie M. Wade (653902)
Jodi B. Buske (657990)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

SO ORDERED THIS _____ day of _____, 2005

_____
United States District Court Judge