IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE SWARCE, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ]   Civil Action No.: 04-11493 (NG/JLA) |
| | ] |
| ELI LILLY AND COMPANY, et al., | ] |
| | ] |
| Defendants. | ] |

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

TO:   The Clerk of the Court

The Clerk will note the above-captioned case as dismissed with prejudice as to all Defendants.

Respectfully submitted,

KENNETH M. LEVINE & ASSOCIATES


 /s/ Sheila Mone
SHEILA MONE, BBO#634615
370 Washington Street
Brookline, MA   02446
617-566-2700

Counsel for Plaintiff


Approved this _____ day of _____, 2005.


_____
JUDGE